```
___ Priority
_/_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SA CV 02-99-AHS(MLGx)                    Date February 1, 2002

Title   DENISE CASSARO v. OSF INTERNATIONAL, INC. et al.

================================================================
================================================================

PRESENT:

        **HON. ALICEMARIE H. STOTLER, JUDGE**

| Debra Beard | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**

  None present                              None present

**PROCEEDINGS:**   (In Chambers)   ORDER DIRECTING DEFENDANT OSF INTERNATIONAL, INC. TO FILE A CORRECTED NOTICE OF REMOVAL AND NOTICE OF INTERESTED PARTIES NOT LATER THAN FEBRUARY 15, 2002

    Defendant OSF International, Inc. filed the Notice of Removal and a Notice of Interested Parties in this action on January 28, 2002. Defendant has failed to comply with Local Rule 11-3.1.1 concerning the typeface size. Accordingly, the Court orders defendant to file a corrected notice of removal and corrected notice of interested parties not later than February 15, 2002.

    The Clerk is directed to serve this minute order on counsel for all parties in this action.



MINUTES FORM 11                                  INITIALS OF DEPUTY CLERK _DB_
CIVIL - GEN    CJV              D - M
G\...\CJV\MO\Namin.typeface