| Priority | X |
|---|---|
| Send | X |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| JS-2/JS-3 | ___ |
| Scan Only | ___ |

**FILED**
APR 12 2002
CSB
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DENISE CASSARO,
            PLAINTIFF(S),
      v.
OSF INTERNATIONAL INC, et. al.
            DEFENDANT(S).

CASE NUMBER: SACV 02-099AHS(MLGx)

ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 224
(Related Cases)

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated April 9, 2002

Maragret M. Morrow
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Margaret M. Morrow for all further proceedings.

Dated: April 12, 2002

Alicemarie H. Stotler
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case CV 01-3670MMM(CTx) and the present case:

- ☒ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☒ B. involve the same plaintiff, or the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☒ D. call for determination of the same or substantially identical questions of law.
- ☐ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

ENTER ON ICMS
APR 12 2002
4-12-2002 CSB

## NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read CV 02-3057 MMM(CTx). This is very important because documents are routed to the assigned judges by means of these initials.

CV-34 (09/97)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

17