| Priority  X |  |  |
|---|---|---|
| Send      X |  | **FILED** |
| Enter     ___ |  | APR 12 2002 |
| Closed    ___ |  |  |
| JS-5/JS-6 ___ | UNITED STATES DISTRICT COURT | CLERK, U.S. DISTRICT COURT |
| JS-2/JS-3 ___ | CENTRAL DISTRICT OF CALIFORNIA | CENTRAL DISTRICT OF CALIFORNIA |
| Scan Only ___ |  | SOUTHERN DIVISION AT SANTA ANA |
|  |  | BY _____ DEPUTY |

| DENISE CASSARO, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | |
| v. | SACV 02-099AHS(MLGx) |
| OSF INTERNATIONAL INC. et al. | |
| DEFENDANT(S). | NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT |

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the ☐ Western / ☐ Southern / ☐ Eastern Division of the United States District Court by virtue of __Order re: Transfer Pursuant to GO 224 (Related Case)__ filed __April 12, 2002__.

This case has been reassigned to case number __CV 02-3057MMM(CTx)__ and assigned to Judge __Margaret M. Morrow__ for all further proceedings. Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge __Turchin__. All documents subsequently filed in this case must reflect the new case number, Judge and Magistrate Judge initials: __CV 02-3057MMM(CTx)__

**SUBSEQUENT DOCUMENTS MUST BE FILED AT THE FOLLOWING LOCATION:**

| ☐ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1043 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CLERK, U. S. DISTRICT COURT

By ___Cristina Beeman___
   Deputy Clerk

Orig to Case File
cc: Previously Assigned Judge
    Newly Assigned Judge
    Previously Assigned Magistrate Judge
    Newly Assigned Magistrate Judge
    Deputy-In-Charge
    Case Assignment Administrator
    Statistics Clerk
    Counsel of Record

ENTER ON ICMS
APR 12 2002